UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION  NO. 2010-313 (WOB)

DAN HOWELL                                                                                    PLAINTIFF

VS.                                                         **ORDER**

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                      DEFENDANT

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. #17), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that plaintiff's motion for Attorney Fees Under the Equal Access to Justice Act is **granted in part** to the extent plaintiff seeks an award of attorney fees, **but denied in part** to the extent plaintiff seeks an award of fees at the rate of $174.28 per hour; that plaintiff is hereby awarded attorney fees in the amount of **$4,000.00**, based on the rate of $125.00 per hour for 32 hours of service, and costs in the amount of **$350.00**.

This 10th day of November, 2011.



Signed By:
William O. Bertelsman   WOB
United States District Judge